Joseph Lavi, Esq. (State Bar No. 209776)
Jordan D. Bello, Esq. (State Bar No. 243190)
Eric J. Naessig (State Bar No. 343081)
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
Email: jlavi@lelawfirm.com
          jbello@lelawfirm.com
            enaessig@lelawfirm.com

David Lavi, Esq. (State Bar No. 277604)
dlavi@ebralavi.com
Arie Ebrahimian, Esq. (State Bar No. 274961)
arie@ebralavi.com
**E&L, LLP**
8889 W. Olympic Blvd., 2nd Floor
Beverly Hills, California 90211
Telephone: (213) 213-0000
Facsimile: (213) 213-0025

Attorneys for Plaintiff
DEBORAH MARTIN, on behalf of herself and others similarly situated

(Additional attorneys on the following page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH MARTIN on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA BEHAVIORAL HEALTHCARE SANTA ROSE, LLC, a California corporation dba SANTA ROSA BEHAVIORAL HEALTHCARE HOSPITAL; SIGNATURE HEALTHCARE SERVICES, LLC, a Michigan corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No.: 3:23-cv-01891-TLT<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |

CHRISTOPHER WARD, CA Bar No. 238777
cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

SARA A. L. ABARBANEL, CA Bar No. 324045
SAbarbanel@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants AURORA BEHAVIORAL HEALTHCARE-SANTA ROSE, LLC, A CALIFORNIA CORPORATION DBA SANTA ROSA BEHAVIORAL HEALTHCARE HOSPITAL; and SIGNATURE HEALTHCARE SERVICES, LLC

# [PROPOSED] ORDER

The Court, having considered the Parties' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II), and good cause appearing therefore, hereby orders as follows:

1. This entire action is dismissed, without prejudice.
2. The Parties shall each bear her or its own costs and fees.

IT IS SO ORDERED.

Date: _____April 14, 2025_____     By: _____

Hon. Trina L. Thompson

United States District Court Judge